IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00989-BNB

BRIAN J. HUMMEL, SR.,

    Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD,
COUNTY JAIL OF BROOMFIELD,
COUNTY JAIL MEDICAL,
MAIL ROOM STAFF,
CAPT. HARMAN,
SGT. WALTZ,
ALL STAFF THERE OF, and
SGT. LOFTON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2007

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On May 29, 2007, as opposed to submitting a certified copy of his account statement, Plaintiff filed a "Motion for Minute Order . . . ." In the Motion, he asserts that jail staff refused to certify his account statement, but he fails to provide evidence of his request and the staff's denial.

Accordingly, the Court DENIES the Motion and directs Plaintiff either to provide to the Court a **certified** copy of his trust fund account statement or to **file evidence in the instant action** that he submitted a request for a certified copy of his account statement, but that jail staff refused to provide a certified copy. If Plaintiff fails to comply with the instant Minute Order, **within** twenty days from the date of this Order, the Complaint and action will be dismissed without further notice.

Dated: June 18, 2007

A copy of this Minute Order mailed on June 18, 2007, to the following:

Brian J. Hummel
Prisoner No. 08041
Broomfield County Jail
11600 Ridge Parkway
Broomfield, CO 80020

               Secretary/Deputy Clerk