IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00989-BNB

BRIAN J. HUMMEL, SR.,

      Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD,
COUNTY JAIL OF BROOMFIELD,
COUNTY JAIL MEDICAL,
MAIL ROOM STAFF,
CAPT. HARMAN,
SGT. WALTZ,
ALL STAFF THEREOF, and
SGT. LOFTON,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 9 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Plaintiff Brian J. Hummel initiated this action by filing a *pro se* Prisoner Complaint. On May 14, 2007, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action and directed Mr. Hummel to file a certified copy of his trust fund account statement.

On June 22, 2007, Mr. Hummel, filed a Motion to Dismiss. In the Motion, Mr. Hummel requests that the Court dismiss the instant action because the issues he has raised are better resolved by the jail, he does not want to cause a financial burden, and the issues are his own issues and not the county's issues. The Court must construe the Motion liberally because Mr. Hummel is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, *Moore's Federal Practice* ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2$^d$ 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of June 22, 2007. *See Hyde Constr. Co.*, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Notice of Dismissal is effective as of June 22, 2007, the date Mr. Hummel filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed May 1, 2007, is DENIED as moot.

DATED at Denver, Colorado, this 28 day of _____ June _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 07-cv-00989-BNB

Brian J. Hummel, Sr.
Prisoner No. 08041
Broomfield County Jail
11600 Ridge Parkway
Broomfield, CO 80020

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/29/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk